JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST C., <br>       Plaintiff, <br>   v. <br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>       Defendant. | NO. EDCV 20-2470 KS <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: June 24, 2022

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE